1  LAURA E. FANNON (SBN 111500)
   KELLY, HERLIHY & KLEIN LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA  94104
3  Telephone:  (415) 951-0535
   Facsimile  (415) 391-7808
4
   Attorneys for Defendant
5  HARTFORD LIFE AND ACCIDENT
   INSURANCE COMPANY
6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DEBRA CHARLENE GREEN,             )    CASE NO. C 05 4098 MHP
                                      )
12              Plaintiff,            )    STIPULATION EXTENDING THE
                                      )    TIME OF DEFENDANT HARTFORD
13        v.                          )    TO RESPOND TO COMPLAINT;
                                      )    ~~PROPOSED~~ ORDER
14  ST. JOSEPH HEALTH SYSTEM, in its capacity as )
    Plan Administrator and as party settlement )
15  agreement, HARTFORD LIFE AND ACCIDENT )
    INSURANCE COMPANY, and GROUP LONG )
16  TERM DISABILITY PLAN FOR EMPLOYEES OF )
    ST. JOSEPH HEALTH SYSTEM,         )
17                                    )
                Defendants.           )
18  _____ )

19

20

21

22

23

24

25

26

27

28

## STIPULATION

Plaintiff Debra Charlene Green ("plaintiff") and defendant Hartford Life and Accident Insurance Company ("The Hartford"), by and through their respective counsel, hereby stipulate and agree that The Hartford may have to and including January 3, 2006, to answer, move to dismiss, or otherwise plead in response to the complaint filed by plaintiff herein. No previous extensions have been sought or granted with respect to this defendant.

KELLY, HERLIHY & KLEIN LLP

Dated: December 6, 2005

By _Laura E. Fannon_
Laura E. Fannon
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

LAW OFFICES OF PIETER BOGAARDS

Dated: December 5, 2005

By _Pieter Bogaards_
Pieter Bogaards
Attorney for Plaintiff
DEBRA CHARLENE GREEN

## ORDER

IT IS SO ORDERED.

Dated: 12/9/2005

HONORABLE MARILYN HALL PATEL
Judge, United States District Court

Judge Marilyn H. Patel

STIPULATION EXTENDING TIME OF DEFENDANT HARTFORD TO RESPOND TO COMPLAINT AND ORDER
CASE NO. C 05 4098 MHP
-1-