```
 1 | LAURA E. FANNON (SBN 111500)
   | KELLY, HERLIHY & KLEIN LLP
 2 | 44 Montgomery Street, Suite 2500
   | San Francisco, CA 94104
 3 | Telephone: (415) 951-0535
   | Facsimile (415) 391-7808
 4 |
   | Attorneys for Defendant
 5 | HARTFORD LIFE AND ACCIDENT
   | INSURANCE COMPANY
 6 |
 7 |
 8 |            UNITED STATES DISTRICT COURT
 9 |            NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | DEBRA CHARLENE GREEN,            )  CASE NO. C 05 4098 MHP
                                      )
12 |                    Plaintiff,    )  STIPULATION EXTENDING THE
                                      )  TIME OF DEFENDANT HARTFORD
13 |     v.                           )  TO RESPOND TO COMPLAINT;
                                      )  ~~PROPOSED~~ ORDER
14 | ST. JOSEPH HEALTH SYSTEM, in its capacity as )
   | Plan Administrator and as party settlement   )
15 | agreement, HARTFORD LIFE AND ACCIDENT        )
   | INSURANCE COMPANY, and GROUP LONG            )
16 | TERM DISABILITY PLAN FOR EMPLOYEES OF )
   | ST. JOSEPH HEALTH SYSTEM,                    )
17 |                                              )
   |                    Defendants.               )
18 | _____)
```

## STIPULATION

Plaintiff Debra Charlene Green ("plaintiff") and defendant Hartford Life and Accident Insurance Company ("The Hartford"), by and through their respective counsel, hereby stipulate and agree that The Hartford may have a further extension, to and including January 15, 2006, to answer, move to dismiss, or otherwise plead in response to the complaint filed by plaintiff herein, thereby making the responsive pleadings of all named defendants due on the same date.

KELLY, HERLIHY & KLEIN LLP

Dated: December 30, 2005

By _____
Laura E. Fannon
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

LAW OFFICES OF PIETER BOGAARDS

Dated: December 30, 2005

By _____
Pieter Bogaards
Attorney for Plaintiff
DEBRA CHARLENE GREEN

## ORDER

IT IS SO ORDERED.

Dated: January 4, 2006

_____
HONORABLE MARILYN HALL PATEL
Judge, United States District Court

STIPULATION EXTENDING TIME OF DEFENDANT HARTFORD TO RESPOND TO COMPLAINT; PROPOSED ORDER
-1-
CASE NO. C 05 4098 MHP