1  PIETER BOGAARDS (State Bar No. 107803)
   LAW OFFICES OF PIETER BOGAARDS
2  205 Camino Alto, Ste. 130
   Mill Valley, CA 94941
3  Tel: 415/381-5002
   Fax: 415/381-5009
4
   Attorney for Plaintiff
5  **Debra Charlene Green**

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 DEBRA CHARLENE GREEN                ) Case No. C 05 4098 MHP
                                       )
12                                     ) **STIPULATION FOR AND ORDER**
           PLAINTIFF,                  ) **DISMISSING ACTION, WITH**
13                                     ) **PREJUDICE**
                                       )
14         VS.                         )      [Rule 41(a)]
                                       )
15                                     )
   ST. JOSEPH HEALTH SYSTEM, IN ITS    ) E-FILE
16 CAPACITY AS PLAN ADMINISTRATOR      )
   AND AS PARTY SETTLEMENT             )
17 AGREEMENT, HARTFORD LIFE AND        ) Judge:    Hon. Marilyn H. Patel
   ACCIDENT INSURANCE COMPANY, AND     )
18 GROUP LONG TERM DISABILITY PLAN     )
   FOR EMPLOYEES OF ST. JOSEPH         )
19 HEALTH SYSTEM                       )
                                       )
20                                     )
           DEFENDANTS.                 )
21 _____)

22

23     Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff

24 Debra Charlene Green and Defendants St. Joseph Health System and Group Long

25 Term Disability Plan for Employees of St. Joseph Health System, and defendant

26 Hartford Life and Accident Insurance Company hereby stipulate, through their

27 counsel of record, that this entire action be dismissed, with prejudice, each party to

28 bear his/her or its own attorneys fees and costs.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 14, 2005 | LAW OFFICES OF PIETER BOGAARDS<br>Pieter Bogaards |
| 3 | | |
| 4 | | |
| 5 | | By: _____/s/_____<br>PIETER BOGAARDS |
| 6 | | Attorney for Plaintiff Debra Charlene Green |
| 7 | DATED: April 14, 2005 | FOLEY & LARDNER LLP<br>Anthony B. Lewis |

/s/
_____
ANTHONY B. LEWIS
Attorneys for Defendants, ST. JOSEPH HEALTH SYSTEM and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ST. JOSEPH HEALTH SYSTEM

DATED: April 14, 2005    KELLY, HERLIHY & KLEIN, LLP
Laura E. Fannon

/s/
_____
LAURA E. FANNON
Attorneys for Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

I hereby attest that I have on file all signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April ___, 2006

_____
Marilyn Hall Patel
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Marilyn H. Patel]

2
STIPULATION FOR AND ORDER DISMISSING ACTION, WITH PREJUDICE
CASE NO. C 05 4098 MHP